# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DANNY ALLEN,

    Plaintiff

v.

NATIONS DIRECT MORTGAGE, LLC,

    Defendant

Case No.: 2:24-cv-00614-APG-NJK

**Order**

    I ORDER that plaintiff Danny Allen's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Danny Allen as required by the amendment to that rule.

    I FURTHER ORDER plaintiff Danny Allen to file a proper certificate of interested parties by April 15, 2024.

    DATED this 3rd day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE